# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 13-5005**　　　　　　　　　　　　　　**September Term, 2012**

**Filed On:** April 18, 2013

In re: Christopher Earl Strunk,

　　　Petitioner

**BEFORE:**　Garland, Chief Judge; and Henderson and Griffith, Circuit Judges

## O R D E R

Upon consideration of the motion for leave to proceed in forma pauperis, the motion for waiver of fees, and the motion to exceed the page limits, it is

**ORDERED** that the motion to exceed the page limits be denied. If petitioner does not file, within 30 days of the date of this order, a new petition for writ of mandamus that conforms with the rules of this court and the Federal Rules of Appellate Procedure, the Clerk will be directed to terminate this case. It is

**FURTHER ORDERED** that consideration of the motion for leave to proceed in forma pauperis and the motion for waiver of fees be deferred pending further order of the court.

The Clerk is directed to send a copy of this order to petitioner by certified mail, return receipt requested, and by first class mail.

**Per Curiam**